AO 455 (Rev. 5/85)  Waiver of Indictment

**FILED**

## UNITED STATES DISTRICT COURT

## SOUTHERN  DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

GLORIA GOMEZ, aka Maria Garcia-Lopez

CASE NUMBER: _07 CR 3398-BTM_

I, GLORIA GOMEZ, aka Maria Garcia-Lopez, the above-named defendant, who is accused of committing

the following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about December 6, 2007,
in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court

on _12/20/07_ prosecution by indictment and consent that the proceeding may be by information rather

than by indictment.

_____
Defendant

_____
Defense Counsel for

Before _____
        Judicial Officer